No. 12. STEPHEN W. ALLEN ET AL. *v.* J. F. TRIMMER, AS TREASURER, ETC. Error to the Supreme Court of the

State of Oklahoma. November 7, 1918. Dismissed with costs, pursuant to the sixteenth rule, on motion of *Mr. S. P. Freeling* for defendant in error. *Mr. Albert Rennie* for plaintiffs in error.